IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ERVIN                                                                                          PLAINTIFF

v.                                            No. 1:17CV00043 JLH-JTK

3D CONSTRUCTION, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is dismissed without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 31st day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE